# United States District Court
## Violation Notice

CVB Location Code: MY-10

| Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|
| 7837004 | Daniel Burke | 87882 |

7837004

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☒ USC ☐ State Code | | |
|---|---|---|---|
| 02/08/2020 1510 | Title 18 U.S. Code § 641 | | |

Place of Offense: 1811 G street Joint base Andrews, MD 20762

Offense Description: Factual Basis for Charge   HAZMAT ☐

Public money, Property or Records

### DEFENDANT INFORMATION

| Last Name | First Name | MI |
|---|---|---|
| Cash | Roberta | E |

Street Address: [redacted]

| Tag No. | State | Year | Make/Model | PASS ☐ | Color |
|---|---|---|---|---|---|

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT. SEE INSTRUCTIONS (on back of yellow copy)

$ _____ Forfeiture Amount
+ $30 Processing Fee

PAY THIS AMOUNT → $ _____ Total Collateral Due

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address: _____   Date (mm/dd/yyyy): _____   Time (hh:mm): _____

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: Roberta Cash

(Rev. 09/2015)   Original - CVB Copy

CVB SCAN 08/31/2020 16:42

---

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 08 Feb, 2020 while exercising my duties as a law enforcement officer in the JB Andrews District of PG County, MD

on 08 Feb 2020 Cash, Roberta was witnessed exiting the Joint base Andrews main base exchange wearing a Led Calvin Klein AL Jacket valued at $79.50 MWR without tendering proper payment. Reinforced by CCTV footage inside the facility.

The foregoing statement is based upon:

☐ my personal observation   ☒ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 02/08/2020   Officer's Signature: [signature]
Date (mm/dd/yyyy)

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge
Date (mm/dd/yyyy)

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 08/31/2020 16:42